IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

DUANE EDWARD CRAWSON
JEREMIAH JOE ROLLING
JORDAN RYAN HICKS
DAVEY EUGENE MANCILL
JAMES STACEY PAUL
KYLE MARTIN HUDSON
CHRISTOPHER MARION AMMONS
DANYEL MICHELLE WITT
SHERYL DAY GILLMAN
SHYLOE ROSE SACHSE
TILLMAN DOUGLAS MEARS
DAWN MARIE CRUTCHFIELD
JUSTIN MIKEL CHOPELAS
RONALD RYAN ROOF
MEGAN LEANN ROOF
BILLY COAL BRADSHAW
JAMES ERWIN MANCILL
JOSEPH MATTHEW CROWDER
AUDREY LYNN SMITH
BRIAN ANTHONY AMMONS
TAYLOR WARD STRIPLING
DAWN MARIE ROOF
DANIEL OLAJUWON BOSTON
CHASSITY LYNN LEE
JENNIFER MARIE MCCABE
JUSTINA RAE WILLIAMS
JOSEPH BAILEY ALEXANDER
DOUGLAS EDWARD MIXON
   and
DWAYNE FRAZIER WHITE

SEALED
INDICTMENT

5:19cr77-TKW

FILED USDC FLND TL
   NOV 6 '19 PM 3:06

**THE GRAND JURY CHARGES:**

## COUNT ONE

### A.  INTRODUCTION

At all times material to this Indictment:

1.      Defendant **DUANE EDWARD CRAWSON** was the County Executive Director of the United States Department of Agriculture's Farm Service Agency ("FSA") for Bay, Holmes, and Washington County, Florida.

2.      As the County Executive Director, **DUANE EDWARD CRAWSON** was responsible for administering various United States Department of Agriculture Farm Programs to include the Livestock Forage Disaster Program ("LFP").

3.      The LFP provided government payments to eligible livestock owners who suffered grazing losses as a result of a qualifying drought, based upon the number of livestock owned during the drought and the amount of land used to sustain the livestock.

4.      The FSA determined that both Holmes and Washington County, Florida, suffered qualifying drought conditions during the grazing season of calendar year 2016, and were eligible to receive LFP funding.

5.     As the County Executive Director, **DUANE EDWARD CRAWSON** was responsible for the review and processing of all LFP claims submitted to the FSA for Holmes and Washington County, Florida.

## B.  THE CONSPIRACY

Between on or about May 31, 2017, and on or about December 21, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JEREMIAH JOE ROLLING,**
**JORDAN RYAN HICKS,**
**DAVEY EUGENE MANCILL,**
**JAMES STACEY PAUL,**
**KYLE MARTIN HUDSON,**
**CHRISTOPHER MARION AMMONS,**
**DANYEL MICHELLE WITT,**
**SHERYL DAY GILLAM,**
**SHYLOE ROSE SACHSE,**
**TILLMAN DOUGLAS MEARS,**
**DAWN MARIE CRUTCHFIELD,**
**JUSTIN MIKEL CHOPELAS,**
**RONALD RYAN ROOF,**
**MEGAN LEANN ROOF,**
**BILLY COAL BRADSHAW,**
**JAMES ERWIN MANCILL,**
**JOSEPH MATTHEW CROWDER,**
**AUDREY LYNN SMITH,**
**BRIAN ANTHONY AMMONS,**
**TAYLOR WARD STRIPLING,**
**DAWN MARIE ROOF,**
**DANIEL OLAJUWON BOSTON,**
**CHASSITY LYNN LEE,**
**JENNIFER MAIRE MCCABE,**

3

**JUSTINA RAE WILLIAMS,**
**JOSEPH BAILEY ALEXANDER,**
**DOUGLAS EDWARD MIXON,**
**and,**
**DWAYNE FRAZIER WHITE,**

did knowingly and willfully combine, conspire, confederate, and agree together

and with other persons to devise and intend to devise a scheme to defraud and to

obtain money and property by means of material false and fraudulent pretenses,

representations, and promises, and, for the purpose of executing this scheme, to

cause wire communications to be transmitted in interstate commerce, in violation

of Title 18, United States Code, Section 1343.

### C.  MANNER AND MEANS

It was part of this conspiracy that:

1.      While employed as County Executive Director of the Farm Service

Agency, **DUANE EDWARD CRAWSON** made and caused to be made false and

fraudulent representations in Livestock Forage Disaster Program applications to

fraudulently obtain money from the United States Department of Agriculture.

2.      **DUANE EDWARD CRAWSON** solicited the personal identifying

information ("PII") of the conspirators, to include their names and social security

numbers, in addition to the conspirators' bank account and routing numbers.

4

3.     **DUANE EDWARD CRAWSON** falsely reflected livestock and parcels of farmland that were not owned or leased by the conspirators in the fraudulent LFP applications, causing drought assistance funds of the United States Department of Agriculture to be deposited into the conspirators' bank accounts.

4.     After the direct deposit of the fraud proceeds, the conspirators withdrew cash from their bank accounts and paid **DUANE EDWARD CRAWSON** an agreed upon percentage of the fraud proceeds in the form of cash kickbacks.

5.     By this conduct, the conspirators fraudulently obtained, and attempted to obtain, United States Department of Agriculture drought assistance funds totaling approximately $373,483.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

On or about May 31, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON**
**and**
**JEREMIAH JOE ROLLING,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than

5

$1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $2,313.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNT THREE

On or about July 7, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON**
**and**
**JORDAN RYAN HICKS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $11,876.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNT FOUR

On or about July 28, 2017, in the Northern District of Florida and elsewhere, the defendants,

6

**DUANE EDWARD CRAWSON**
**and**
**JORDAN RYAN HICKS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $12,166.00, knowing such money to have

been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNT FIVE

On or about August 3, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JORDAN RYAN HICKS,**
**and**
**CHRISTOPHER MARION AMMONS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $17,596.00, knowing such money to have

been embezzled, stolen, and converted.

7

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT SIX

On or about August 7, 2017, in the Northern District of Florida and elsewhere, the defendants,

## DUANE EDWARD CRAWSON
## and
## KYLE MARTIN HUDSON,

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $25,486.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT SEVEN

On or about August 10, 2017, in the Northern District of Florida and elsewhere, the defendants,

## DUANE EDWARD CRAWSON
## and
## DANYEL MICHELE WITT,

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than

8

$1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $2,885.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT EIGHT

On or about August 29, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JAMES STACEY PAUL,**
**and**
**DWAYNE FRAZIER WHITE,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $13,373.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT NINE

On or about September 7, 2017, in the Northern District of Florida and elsewhere, the defendants,

9

**DUANE EDWARD CRAWSON**
**and**
**DANYEL MICHELE WITT,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $6,776.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TEN

On or about September 7, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON**
**and**
**DANYEL MICHELLE WITT,**

did knowingly possess and use, without lawful authority, a means of identification

of another person, to wit, the name and social security number of S.E., during and

in relation to a felony violation enumerated in Title 18, United States Code,

Section 1028A(c), namely, theft of government money, as charged in Count Nine

of this Indictment.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

10

## COUNT ELEVEN

On or about September 18, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON**
**and**
**SHERYL DAY GILLMAN,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $7,329.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWELVE

On or about September 19, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**SHERYL DAY GILLMAN,**
**and**
**SHYLOE ROSE SACHSE,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $7,038.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTEEN

On or about September 20, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON
and
JAMES STACEY PAUL,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $11,474.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT FOURTEEN

On or about September 24, 2017, in the Northern District of Florida and elsewhere, the defendants,

12

**DUANE EDWARD CRAWSON**
**and**
**DAVEY EUGENE MANCILL,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $9,427.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

**COUNT FIFTEEN**

On or about September 27, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JAMES STACEY PAUL,**
**and**
**TILLMAN DOUGLAS MEARS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $16,906.00, knowing such money to have

been embezzled, stolen, and converted.

13

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT SIXTEEN

On or about September 29, 2017, in the Northern District of Florida and elsewhere, the defendants,

### DUANE EDWARD CRAWSON
### and
### DAVEY EUGENE MANCILL,

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $7,918.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT SEVENTEEN

On or about September 29, 2017, in the Northern District of Florida and elsewhere, the defendants,

### DUANE EDWARD CRAWSON
### and
### DAVEY EUGENE MANCILL,

did knowingly possess and use, without lawful authority, a means of identification of another person, to wit, the name and social security number of A.H., during and

14

in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), namely, theft of government money, as charged in Count Sixteen of this Indictment.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT EIGHTEEN

On or about October 4, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JAMES STACEY PAUL,**
**and**
**TILLMAN DOUGLAS MEARS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $8,966.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT NINETEEN

On or about October 4, 2017, in the Northern District of Florida and elsewhere, the defendants,

15

**DUANE EDWARD CRAWSON**
**and**
**JAMES STACEY PAUL,**

did knowingly possess and use, without lawful authority, a means of identification

of another person, to wit, the name and social security number of T.M., during and

in relation to a felony violation enumerated in Title 18, United States Code,

Section 1028A(c), namely, theft of government money, as charged in Count

Eighteen of this Indictment.

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT TWENTY

On or about October 10, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**RONALD RYAN ROOF,**
**and**
**JUSTIN MIKEL CHOPELAS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $9,885.00, knowing such money to have been

embezzled, stolen, and converted.

16

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-ONE

On or about October 10, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**RONALD RYAN ROOF,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $9,734.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-TWO

On or about October 12, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JAMES STACEY PAUL,**
**and**
**DAWN MARIE CRUTCHFIELD,**

17

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $3,858.08, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNT TWENTY-THREE

On or about October 18, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**MEGAN LEANN ROOF,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $9,796.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-FOUR

On or about October 24, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,
DAVEY EUGENE MANCILL,
and
BILLY COAL BRADSAW,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $12,267.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-FIVE

On or about October 24, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,
DAVEY EUGENE MANCILL,
and
JAMES ERWIN MANCILL,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $10,592.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-SIX

On or about November 7, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**JOSEPH MATTHEW CROWDER,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $9,569.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-SEVEN

On or about November 7, 2017, in the Northern District of Florida and elsewhere, the defendants,

20

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**AUDREY LYNN SMITH,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $7,969.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

**COUNT TWENTY-EIGHT**

On or about November 7, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JORDAN RYAN HICKS,**
**and**
**BRIAN ANTHONY AMMONS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $8,386.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT TWENTY-NINE

On or about November 7, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JORDAN RYAN HICKS,**
**and**
**TAYLOR WARD STRIPLING,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $8,322.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTY

On or about November 15, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON**
**and**
**JORDAN RYAN HICKS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $10,569.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNT THIRTY-ONE

On or about November 15, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**DAWN MARIE ROOF,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $9,597.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTY-TWO

On or about November 21, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**DANIEL OLAJUWON BOSTON,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $12,082.00, knowing such money to have

been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTY-THREE

On or about November 24, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**JAMES STACEY PAUL,**
**and**
**CHASSITY LYNN LEE,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $9,583.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTY-FOUR

On or about December 14, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**JENNIFER MARIE MCCABE,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert to their own use and gain, money of the United States, of a value of more than $1,000, to wit, money of the Department of Agriculture, an agency of the United States, in the approximate amount of $5,548.00, knowing such money to have been embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTY-FIVE

On or about December 14, 2017, in the Northern District of Florida and elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**JUSTINA RAE WILLIAMS,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $5,480.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

### COUNT THIRTY-SIX

On or about December 21, 2017, in the Northern District of Florida and

elsewhere, the defendants,

**DUANE EDWARD CRAWSON,**
**DAVEY EUGENE MANCILL,**
**and**
**JOSEPH BAILEY ALEXANDER,**

knowingly and willfully did receive, conceal, and retain, with the intent to convert

to their own use and gain, money of the United States, of a value of more than

$1,000, to wit, money of the Department of Agriculture, an agency of the United

States, in the approximate amount of $6,068.00, knowing such money to have been

embezzled, stolen, and converted.

In violation of Title 18, United States Code, Sections 641 and 2.

## COUNT THIRTY-SEVEN

From on or about January 1, 2017 through on or about December 31, 2017, in the Northern District of Florida and elsewhere, the defendant,

## DUANE EDWARD CRAWSON,

a resident of Holmes County, Florida, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2017, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent United States Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On the tax return, Defendant reported and caused to be reported that his and his spouse's joint taxable income for calendar year 2017 was $74,768.00, and that the amount of tax due and owing was $10,284.00. In fact, as Defendant knew, Defendant and his spouse had joint taxable income for the calendar year 2017 that was greater than the amount reported on the tax return, and as a result of such additional taxable income, there was additional tax due and owing to the United States of America.

In violation of Title 26, United States Code, Section 7201.

27

## COUNT THIRTY-EIGHT

From on or about January 1, 2017, through on or about November 5, 2019, in the Northern District of Florida and elsewhere, the defendant,

## DUANE EDWARD CRAWSON,

did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by instructing the conspirators of his unlawful kickback scheme to lie to federal investigators regarding the nature of the fraud proceeds, falsely implicating an innocent employee of the Farm Service Agency in the fraud, shredding fraudulent documents used in the kickback scheme, and filing with the Internal Revenue Service a false and fraudulent U.S. Individual Income Tax Return, Form, 1040, for calendar year 2017, which claimed a tax refund due of $2,634.00, whereas **DUANE EDWARD CRAWSON** was not entitled to a tax refund in this amount.

In violation of Title 26, United States Code, Section 7212(a).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Nine, Eleven through Sixteen, Eighteen, and Twenty through Thirty-Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture,

28

pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

From their engagement in any or all of the violations alleged in Counts One through Nine, Eleven through Sixteen, Eighteen, and Twenty through Thirty-Six of this Indictment, the defendants,

**DUANE EDWARD CRAWSON,**
**JEREMIAH JOE ROLLING,**
**JORDAN RYAN HICKS,**
**DAVEY EUGENE MANCILL,**
**JAMES STACEY PAUL,**
**KYLE MARTIN HUDSON,**
**CHRISTOPHER MARION AMMONS,**
**DANYEL MICHELLE WITT,**
**SHERYL DAY GILLAM,**
**SHYLOE ROSE SACHSE,**
**TILLMAN DOUGLAS MEARS,**
**DAWN MARIE CRUTCHFIELD,**
**JUSTIN MIKEL CHOPELAS,**
**RONALD RYAN ROOF,**
**MEGAN LEANN ROOF,**
**BILLY COAL BRADSHAW,**
**JAMES ERWIN MANCILL,**
**JOSEPH MATTHEW CROWDER,**
**AUDREY LYNN SMITH,**
**BRIAN ANTHONY AMMONS,**
**TAYLOR WARD STRIPLING,**
**DAWN MARIE ROOF,**
**DANIEL OLAJUWON BOSTON,**
**CHASSITY LYNN LEE,**
**JENNIFER MAIRE MCCABE,**
**JUSTINA RAE WILLIAMS,**
**JOSEPH BAILEY ALEXANDER,**

**DOUGLAS EDWARD MIXON,**
**and,**
**DWAYNE FRAZIER WHITE,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section

981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of

their rights, title, and interest in any property, real and personal, constituting, and

derived from, proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a

result of acts or omissions of the defendants:

      i.     cannot be located upon the exercise of due diligence;

     ii.     has been transferred, sold to, or deposited with a third party;

    iii.     has been placed beyond the jurisdiction of this Court;

    iv.     has been substantially diminished in value; or

     v.     has been commingled with other property that cannot be

           subdivided without difficulty,

it is the intent of the United States, pursuant to Title 28, United States Code,

Section 2461(c), and Title 21, United States Code, Section 853(p), to seek

30

forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:

FOREPERSON

_____11/05/2019_____
DATE

LAWRENCE KEFFE
United States Attorney

JASON R. COODY
Assistant United States Attorney

31