IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                      CAUSE NO. <u>5:19-CR-77-TKW</u>

DUANE EDWARD CRAWSON
JEREMIAH JOE ROLLING
JORDAN RYAN HICKS
DAVEY EUGENE MANCILL
JAMES STACEY PAUL
KYLE MARTIN HUDSON
CHRISTOPHER MARION AMMONS
DANYEL MICHELLE WITT
SHERYL DAY GILLMAN
SHYLOE ROSE SACHSE
TILLMAN DOUGLAS MEARS
DAWN MARIE CRUTCHFIELD
JUSTIN MIKEL CHOPELAS
RONALD RYAN ROOF
MEGAN LEANN ROOF
BILLY COAL BRADSHAW
JAMES ERWIN MANCILL
JOSEPH MATTHEW CROWDER
AUDREY LYNN SMITH
BRIAN ANTHONY AMMONS
TAYLOR WARD STRIPLING
DAWN MARIE ROOF
DANIEL OLAJUWON BOSTON
CHASSITY LYNN LEE
JENNIFER MARIE MCCABE
JUSTINA RAE WILLIAMS
JOSEPH BAILEY ALEXANDER
DOUGLAS EDWARD MIXON
and
DWAYNE FRAZIER WHITE

## <u>NOTICE OF WAIVER OF SPEEDY TRIAL</u>

COMES NOW the Defendant, Jeremiah Joe Rolling, by and through undersigned counsel and files this Notice of Waiver of Speedy Trial in the above-styled case.

1

Respectfully submitted this 23rd day of December, 2019.

/s/ George L. Beck, Jr.
GEORGE L. BECK, JR. (BEC011)
Attorney for Jeremiah Joe Rolling

OF COUNSEL:

Morris Haynes Law Firm
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: 256-329-2000
Facsimile: 256-329-2015
Email: gbeck@mhhlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019 the above and foregoing has been filed using the CM/ECF system which will electronically serve a copy of same to all counsel of record.

/s/ George L. Beck, Jr.
OF COUNSEL

I hereby waive my rights to speedy trial in the above styled case.

_____
Jeremiah Joe Rolling
Defendant