IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                    CAUSE NO. 5:19-CR-77-TKW

DUANE EDWARD CRAWSON
JEREMIAH JOE ROLLING
JORDAN RYAN HICKS
DAVEY EUGENE MANCILL
JAMES STACEY PAUL
KYLE MARTIN HUDSON
CHRISTOPHER MARION AMMONS
DANYEL MICHELLE WITT
SHERYL DAY GILLMAN
SHYLOE ROSE SACHSE
TILLMAN DOUGLAS MEARS
DAWN MARIE CRUTCHFIELD
JUSTIN MIKEL CHOPELAS
RONALD RYAN ROOF
MEGAN LEANN ROOF
BILLY COAL BRADSHAW
JAMES ERWIN MANCILL
JOSEPH MATTHEW CROWDER
AUDREY LYNN SMITH
BRIAN ANTHONY AMMONS
TAYLOR WARD STRIPLING
DAWN MARIE ROOF
DANIEL OLAJUWON BOSTON
CHASSITY LYNN LEE
JENNIFER MARIE MCCABE
JUSTINA RAE WILLIAMS
JOSEPH BAILEY ALEXANDER
DOUGLAS EDWARD MIXON
and
DWAYNE FRAZIER WHITE

## MOTION IN LIMINE

COMES NOW the Defendant, Jeremiah Joe Rolling, by and through undersigned counsel

and files this Motion in Limine and enclosed legal memorandum, as follows:

The Defendant moves to bar statements made by alleged co-conspirators before

conducting a *James* hearing outside the presence of the Jury, which is the preferred method, to

establish the existence of a conspiracy.

## LEGAL MEMORANDUM

It is not absolutely necessary to hold a separate hearing under *James* before admitting a co-conspirator's statement if the Government assures the Court that the statements would be connected to the conspiracy alleged. *United States v. Hasner*, 340 F.3d 1261, 1275 (11Cir. 2003); *United States v. James*, 590 F.2d 575 (5th Cir. 1979). However, a *James* hearing outside the presence of the jury is a preferred practice. *United States v. Espino-Perez*, 798 F.2d 439 (11th Cir. 1986).

A hearing outside the presence of the jury would be preferable in the instant case because the allegations of a conspiracy to commit mail fraud includes an alleged conspiracy to pay kickbacks, a conspiracy of which this Defendant did not participate. It is only through an evidentiary hearing outside the jury's presence **before** admission of hearsay, alleged co-conspirator statements that the rights of the Defendant can be protected.

Therefore, the Defendant respectfully respects that the Court bar admission of co-conspirators' statements before holding a hearing outside the jury's presence and entering a finding of a conspiracy connected to the Defendant.

Respectfully submitted this 24th day of December, 2019.

/s/ George L. Beck, Jr._____
GEORGE L. BECK, JR. (BEC011)
Attorney for Jeremiah Joe Rolling

OF COUNSEL:

Morris Haynes Law Firm
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: 256-329-2000
Facsimile: 256-329-2015
Email: gbeck@mhhlaw.net

2

## RULE 7.1(B) CERTIFICATE

The undersigned attorney respectfully certifies that he has conferred electronically with the

Government's attorney without resolution before the filing of this motion.


*/s/ George L. Beck, Jr.*
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2019 the above and foregoing has been filed using the CM/ECF system which will electronically serve a copy of same to all counsel of record.

*/s/ George L. Beck, Jr.*
OF COUNSEL