IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                             CAUSE NO. 5:19-CR-77-TKW

DUANE EDWARD CRAWSON
JEREMIAH JOE ROLLING
JORDAN RYAN HICKS
DAVEY EUGENE MANCILL
JAMES STACEY PAUL
KYLE MARTIN HUDSON
CHRISTOPHER MARION AMMONS
DANYEL MICHELLE WITT
SHERYL DAY GILLMAN
SHYLOE ROSE SACHSE
TILLMAN DOUGLAS MEARS
DAWN MARIE CRUTCHFIELD
JUSTIN MIKEL CHOPELAS
RONALD RYAN ROOF
MEGAN LEANN ROOF
BILLY COAL BRADSHAW
JAMES ERWIN MANCILL
JOSEPH MATTHEW CROWDER
AUDREY LYNN SMITH
BRIAN ANTHONY AMMONS
TAYLOR WARD STRIPLING
DAWN MARIE ROOF
DANIEL OLAJUWON BOSTON
CHASSITY LYNN LEE
JENNIFER MARIE MCCABE
JUSTINA RAE WILLIAMS
JOSEPH BAILEY ALEXANDER
DOUGLAS EDWARD MIXON
and
DWAYNE FRAZIER WHITE

## MOTION IN LIMINE

COMES NOW the Defendant, Jeremiah Joe Rolling, by and through undersigned counsel and files this Motion in Limine and enclosed legal memorandum, as follows:

To bar argument, reference to or evidence of a statement by a non-testifying co-defendant or co-conspirator that tends to incriminate, expressly or by implication the Defendant.

1

## LEGAL MEMORANDUM

A Defendant is deprived of his rights under the Confrontation Clause of the United States Constitution when a non-testifying co-defendant's out-of-court confession is introduced at a joint trial, even in the face of special instructions. *Bruton v. United States,* 391 U.S. 123 (1968); *Richardson v. Marsh,* 481 U.S. 186 (1987); *United States v. Turner,* 474 F.3d 1265 (11th Cir. 2007). The rule applies even if the Defendant's name is redacted from the co-defendant's confession. *Gray v. Maryland,* 523 U.S. 185 (1998); *United States v. Gonzalez,* 183 F.3d 1315 (11th Cir. 1999); *Garcia v. United States,* 278 F.3d 1210 (11th Cir. 2002). Nor should such statement be introduced if the jury could logically conclude from other evidence that the neutral pronoun in the confession refers to the Defendant. *United States v. Foree,* 43 F.3d 1572 (11th Cir. 1995).

The Defendant respectfully requests that any statement of a non-testifying co-defendant that expressly or by implications incriminates the Defendant be barred.

Respectfully submitted this 24th day of December, 2019.

/s/ George L. Beck, Jr.
GEORGE L. BECK, JR. (BEC011)
Attorney for Jeremiah Joe Rolling

OF COUNSEL:

Morris Haynes Law Firm
Post Office Box 1660
Alexander City, Alabama 35011
Telephone: 256-329-2000
Facsimile: 256-329-2015
Email: gbeck@mhhlaw.net

2

## **RULE 7.1(B) CERTIFICATE**

The undersigned attorney respectfully certifies that he has conferred electronically with the Government's attorney without resolution before the filing of this motion.

*/s/ George L. Beck, Jr.*
OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2019 the above and foregoing has been filed using the CM/ECF system which will electronically serve a copy of same to all counsel of record.

*/s/ George L. Beck, Jr.*
OF COUNSEL
